UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 6, 2006
DELAHOY A/MAYORGA Program,

                Plaintiff,        07 Civ. 884 (RPP)(THK)

    - against -         **ORDER ACCEPTING**
                                 **MAGISTRATE'S REPORT**
MARIA ROJAS and JUANA GARCIA, individually  **AND RECOMMENDATION**
and d/b/a MARIA & VICTOR SALON UNISEX
a/k/a JUAN UNISEX BEAUTY SALON a/k/a
GARCIAS UNISEX, a/k/a OD-RI'S BEAUTY
SALON UNISEX, a/k/a ODRI's BEAUTY SALON,

    - and –

MARIA & VICTOR SALON UNISEX a/k/a
JUAN UNISEX BEAUTY SALON a/k/a GARCIAS
UNISEX a/k/a OD-RI'S BEAUTY SALON UNISEX
a/k/a ODRI's BEAUTY SALON,

                Defendants.
-----------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

        This Court has received and reviewed the Report and Recommendation (the

"Report") issued by Magistrate Judge Theodore H. Katz on May 27, 2008. No objections to the

Report were received from plaintiff or defendants. The Court has considered the Report and

agrees with the Report's recommendations. Accordingly, it is hereby

        ORDERED that the Report and Recommendation issued by Magistrate
Judge Theodore H. Katz on May 27, 2008 is accepted in accordance with 28
U.S.C. § 636(b). Accordingly, it is further

        ORDERED that in accordance with the Report and Recommendation the
Plaintiff is awarded (1) $6,000 in statutory damages; (2) $874 for attorneys' fees;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

and (3) $550 for costs, against Defendants, jointly and severally, for a total judgment of $7,424.00.

Enter judgment.

IT IS SO ORDERED.

Dated: New York, New York
July 2, 2008

ROBERT P. PATTERSON, JR.
U.S.D.J.

Copies of this Order sent to:

Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrance Hill
P.O. Box 351
Ellenville, NY 12428

Maria & Victor Salon Unisex
3436 Broadway
New York, NY 10031-7418

Maria Rojas
3436 Broadway
New York, NY 10031-7418

Juana Garcia
3436 Broadway
New York, NY 10031-7418

Magistrate Theodore H. Katz